# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | : | MISCELLANEOUS CASE |
| | : | |
| SEIZURE OF: | : | |
| | : | |
| EIGHTEEN THOUSAND ($18,000) IN | : | |
| UNITED STATES CURRENCY | : | No. 18-MC- |

## **ORDER**

AND NOW, this _____ day of July, 2018, upon consideration of the government's motion pursuant to 18 U.S.C. § 983(a)(3)(A) to extend time to file a complaint for forfeiture of the above-listed property, for cause shown, the motion is GRANTED. The government shall file its complaint in this matter on or before September 10, 2018.

_____
HONORABLE
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In the Matter of:** | : | MISCELLANEOUS CASE |
| | : | |
| **SEIZURE OF:** | : | |
| | : | |
| **EIGHTEEN THOUSAND ($18,000) IN** | : | |
| **UNITED STATES CURRENCY** | : | No. 18-MC- |

**MOTION OF UNITED STATES OF AMERICA**
**FOR EXTENSION OF TIME TO FILE FORFEITURE COMPLAINT**

The United States of America, by its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Anthony St. Joseph, Assistant United States Attorney, pursuant to 18 U.S.C. § 983(a)(3)(A), requests this Court to continue to extend the period of time in which the government may file a civil complaint for forfeiture of the above-listed property for a period of 60 days, until September 10, 2018. In support of the motion, the government avers as follows:

1. On February 14, 2018, agents from the Drug Enforcement Administration ("DEA") seized $18,000 in United States Currency, which had been in the possession of Andrew Trotter at the Philadelphia International Airport.

2. Agents took possession of the subject currency as property involved in a suspected violation of Title 21 of the United States Code.

3. As required by law, DEA thereafter sent direct written notice to all persons known to have an interest in the seized currency, including Andrew Trotter, stating its intention to forfeit the subject currency.

4. On April 12, 2018, Andrew Trotter, filed a claim with DEA seeking return of the subject currency.

5. The Civil Asset Forfeiture Reform Act, 18 U.S.C. § 983, et seq. ("CAFRA"), provides that, within 90 days after a claim for the return of property is filed, the government must file a civil complaint for forfeiture of the seized property, as provided under federal law.  18 U.S.C. § 983(a)(3)(A).  Also, if the government does not file a civil forfeiture complaint; list the seized property as being subject to forfeiture in a criminal indictment; or take other steps necessary to preserve the seized property within the time prescribed by the statute, the government must release the property and not take any further civil forfeiture action against the property.  18 U.S.C. § 983(a)(3)(B).

6. The government was initially required to file a civil complaint for forfeiture in this matter on or before July 11, 2018.

7. The government files this motion in order to seek an extension of time to file its civil forfeiture complaint against the subject currency.

8. Cause exists to continue to grant the requested relief.  The government currently is reviewing evidence regarding the seizure, and it needs to review additional information before it can conclude its investigation in this matter, as well as related investigations.  The requested extension of time also will enable the government to identify legal and factual issues and fully consider the claim seeking the return of the seized currency.  Furthermore, before taking final action, government counsel must obtain supervisory approval of any proposed forfeiture complaint or proposed settlement.

9. Under the circumstances, the requested extension of time is appropriate and will not unduly prejudice the claimant.  The government submits that the requested

extension of time is made in good faith and is not intended to unduly delay these proceedings. Accordingly, cause exists to grant the requested relief.

WHEREFORE, based on the foregoing, the government requests that this Court grant the motion.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney

ANTHONY ST. JOSEPH
Assistant United States Attorney

Date: July 10, 2018

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the UNOPPOSED MOTION OF UNITED STATES OF AMERICA FOR EXTENSION OF TIME TO FILE FORFEITURE COMPLAINT was served on the following by United States mail, postage prepaid, addressed as follows:

>Mr. David Bahuriak, Esq.
>The Bahuriak Law Group
>518 South 3rd Street
>Philadelphia, PA 19147

_____
ANTHONY ST. JOSEPH
Assistant United States Attorney

Date: July 10, 2018